IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    4:17-CR-00177-BRW

TRAVIS ALEXANDER

### ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 95) is DENIED.

On July 21, 2020, Defendant pled guilty to distribution of less than 500 grams of methamphetamine.[1] On December 9, 2020, he was sentenced to 112 months in prison.[2] He did not appeal his sentence. He wants to be released because he says his sentence is excessive.

First, in the plea agreement, Defendant waived his right for relief under 18 U.S.C. § 3582 – the statute which provides the requested relief.[3] Second, even if he hadn't waived his right under § 3582, he has provided no "extraordinary and compelling" reasons to warrant relief, because his sentence is not excessive. Third, the relief is not warranted after consideration of the § 3553(a) factors.

IT IS SO ORDERED, this 8th day of October, 2021.

                                    Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 72, 73.

[2] Doc. Nos. 84, 85.

[3] Doc. No. 73.